1  PAUL L. REIN, Esq. (SBN 43053)
2  AARON M. CLEFTON, Esq. (SBN 318680)
   REIN & CLEFTON, Attorneys at Law
3  200 Lakeside Drive, Suite A
   Oakland, CA  94612
4  Telephone:     510/832-5001
   Facsimile:     510/832-4787
5  info@reincleftonlaw.com

6  Attorneys for Plaintiff
   TERESA CHAVEZ-CRONE
7

8  JEFFER MANGELS BUTLER & MITCHELL LLP
   MARTIN H. ORLICK, SBN. 083908, mho@jmbm.com
9  STUART K. TUBIS, SBN 278278, skt@jmbm.com
   Two Embarcadero Center, Fifth Floor
10 San Francisco, California 94111-3824
   Telephone: (415) 398-8080
11 Facsimile: (415) 398-5584

12 Attorney for Defendants
   SAN JOSE ARENA MANAGEMENT, LLC;
13 CITY OF SAN JOSE

14                UNITED STATES DISTRICT COURT

15             NORTHERN DISTRICT OF CALIFORNIA

16

17 TERESA CHAVEZ-CRONE,                    CASE NO. 5:21-cv-06924-CRB
                                           Civil Rights
18         Plaintiff,
                                           **STIPULATION AND [PROPOSED] FOR
19    v.                                    DISMISSAL WITH PREJUDICE**

20 SAN JOSE ARENA MANAGEMENT,              Action Filed: September 7, 2021
   LLC; CITY OF SAN JOSE,
21
           Defendants.
22

23

24                        **STIPULATION**

25         Plaintiff TERESA CHAVEZ-CRONE ("Plaintiff") and Defendants SAN JOSE

26 ARENA MANAGEMENT, LLC; CITY OF SAN JOSE ("Defendants") – Plaintiff and

27 Defendants together the "Parties" – hereby stipulate and request, pursuant to FRCP Rule 41(a),

28

                                      1

1     that the Court order that all of Plaintiff's claims in this action against Defendant be dismissed

2     with prejudice.

3     **IT IS SO STIPULATED.**

4

5

6     Date: March 2, 2022             REIN & CLEFTON

7                               *    /s/ Aaron M. Clefton*

8                               By AARON M. CLEFTON, Esq.
                              Attorney for Plaintiff

9                               TERESA CHAVEZ-CRONE

10     Date: March 2, 2022             JEFFER MANGELS BUTLER & MITCHELL LLP

11

12                               *    /s/ Stuart K. Tubis*

13                               By STUART K. TUBIS, Esq.
                              Attorney for Defendants

14                               SAN JOSE ARENA MANAGEMENT, LLC; CITY OF
                              SAN JOSE

15

16

17                               **FILER'S ATTESTATION**

18         Pursuant to Local Rule 5-1, I hereby attest that on March 2, 2022, I, Aaron Clefton,

19     attorney with Rein & Clefton, Attorneys at Law, received the concurrence of Stuart K. Tubis,

20     Esq. in the filing of this document.

21

22                               *    /s/ Aaron Clefton*
                              Aaron Clefton

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# [~~PROPOSED~~] ORDER

Pursuant to the stipulation of the parties, and for good cause shown, IT IS SO ORDERED.

Dated: <u>March 3</u>   , 2022

_____
Honorable Charles R. Breyer
U.S. District Court Judge